| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>ANDERSON, III, ROBERT L. | 2. Court or Organization<br><br>11TH CIR. COURT OF APPEALS | 3. Date of Report<br><br>05/07/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | FELLOW | AMERICAN BAR FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ANDERSON, III, ROBERT L.** | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 3. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Sturges Mfg., Utica, NY (common) | A | Dividend | | | Sold | 05/13/13 | K | E | |
| 5. Exxon (common) | A | Dividend | K | T | | | | | |
| 6. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 7. TIAA-CREF | C | Dividend | M | T | | | | | |
| 8. House and lot, Bibb County, GA | B | Rent | M | W | | | | | |
| 9. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 10. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 11. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 12. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 13. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 14. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 15. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 16. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 17. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I shares Russell 2000 Index (IRA) | A | Dividend | K | T | | | | | |
| 19. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 20. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 21. I shares Russell 2000 Index (IRA) | A | Dividend | K | T | | | | | |
| 22. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |
| 23. SunTrust Bank - money market | A | Interest | M | T | | | | | |
| 24. H (RLA/CHARLES SCHWAB CUST IRA ROLLOVER) | | | | | | | | | See Part VIII |
| 25. Schwab US Treas. Money Fund | A | Interest | J | T | | | | | |
| 26. SPDR Gold Tr. (GLD) | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 27. FPA New Income CLA | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 28. FPA New Income CLA | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 29. Schwab GNMA Fund (SWGSX) | A | Dividend | | | Sold | 02/19/13 | K | A | |
| 30. Schwab GNMA Fund (SWGSX) | A | Dividend | | | Sold | 02/19/13 | K | A | |
| 31. Schwab GNMA Fund (SWGSX) | A | Dividend | | | Sold | 02/19/13 | K | A | |
| 32. Doubleline Tot. Return Bd. | A | Dividend | | | Sold | 03/18/13 | K | A | |
| 33. Doubleline Tot Return Bd | A | Dividend | | | Sold | 12/27/13 | J | A | |
| 34. Investco Balanced Risk Fund | A | Dividend | K | T | Sold (part) | 03/08/13 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Permanent Portfolio | A | Dividend | | | Sold | 02/22/13 | K | A | |
| 36. PIMCO Exch Traded Fund | A | Dividend | | | Sold | 12/31/13 | K | A | |
| 37. PIMCO Unconstrained Bond Fund | A | Dividend | | | Buy | 03/08/13 | K | | |
| 38. PIMCO Unconstrained Bond Fund | A | Dividend | | | Sold | 11/06/13 | K | A | |
| 39. Alpha Oppor Growth Fund | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 40. Osterweis Strategic Inc Fund | A | Dividend | K | T | Buy | 09/09/13 | K | | |
| 41. Osterweis Strategic Inc. Fund | A | Dividend | K | T | Buy | 11/07/13 | K | | |
| 42. Goldman Sachs Satelite Shategres Port (GXSIX) | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 43. Goldman Sachs Strategic Inc. Fund | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 44. Goldman Sachs Strategic Inc. Fund | A | Dividend | K | T | Buy | 09/09/13 | K | | |
| 45. Goldman Sachs Strategic Inc. Fund | A | Dividend | K | T | Buy | 11/07/13 | K | | |
| 46. Goldman Sachs Rising Dev. Growth Fund (GXRLX) | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 47. iShares Core S&P Index | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 48. Vanguard (VEA) | A | Dividend | K | T | Buy | 05/24/13 | K | | |
| 49. Vanguard (VOE) | A | Dividend | K | T | Buy | 07/10/13 | J | | |
| 50. H (RLA SCHWAB INDIVIDUAL ACCOUNT) | | | | | | | | | See Part VIII |
| 51. sCHWAB us tREAS mONEY fUND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Bond Index Fund Sht. Term Bond ETF (BSV) | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 53. PIMCO All Asset Fund | B | Dividend | | | Sold | 03/08/13 | L | A | |
| 54. PIMCO All Asset Fund | B | Dividend | | | Sold | 11/06/13 | L | A | |
| 55. PIMCO Exch Traded Fund | A | Dividend | | | Sold | 12/31/13 | J | A | |
| 56. Doubleline Total Return Fund | A | Dividend | | | Sold | 09/04/13 | K | A | |
| 57. Doubleline Total Return Fund | A | Dividend | | | Sold | 12/27/13 | K | A | |
| 58. Permanent Portfolio Fund | A | Dividend | | | Sold | 02/22/13 | K | A | |
| 59. Alpha Oppor Growth Fund | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 60. Goldman Sachs Rising Div. Fund. (GSRLX) | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 61. Goldman Sachs Satelite Strategies Port (GXSIX) | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 62. Goldman Sachs Satelite Strategies Port (GXSIX) | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 63. Investco Bal Risk | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 64. iShares Core S&P (IVV) | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 65. iShares Russell 2000 (IWM) | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 66. Vanguard ETF (VEA) | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 67. Vanguard Mid-Cap Growth (VOT) | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 68. H (ADDITIONAL STERNE AGEE ASSETS) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Appreciation | B | Dividend | L | T | | | | | |
| 70. PIMCO Funds Unconstrained Bond Fund Class A | B | Dividend | L | T | | | | | |
| 71. Suntrust Banks, Inc. Pfd Series 5.875% (RLA) | A | Dividend | J | T | | | | | |
| 72. Suntrust Banks, Inc. Pfd Series 5.875% ( ) | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A and B: I have not reported for myself or my ▇▇▇, this year or in the past several years, the mandatory distributions after age 70 1/2 from my RLA/ Charles Schwab Cust. Rollover or from the other IRA of mine and my ▇▇▇. This is because Instructions at page 19 provides: "No income should be disclosed in this part [Part III] if it is derived from an investment asset that should be reported in Part VII.

Part VII, Line 24, is simply a heading to disclose that the following liness (lines 25 through 49) describe holdings or transactiosn in RLA Schwab IRA Rollover during 2011.

Part VII. line 50 is simply a heading to disclose that the following lines (lines 51 through 67) describe holdings or transations in the RLA Schwab individual account during 2011

Part VII line 68, is simply a heading to disclose that lines 69 through 72 describe holdings that were either already in or added to RLA and ▇▇▇ Sterne-Agee brokerage accounts. Other holdings in those accounts were reported on early lines of Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT L. ANDERSON, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544